UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

09 JUL 27 PM 1:37

| | |
|---|---|
| MARY R. HAZELWOOD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br>AARON CHASE, and<br>CHRIS (LAST NAME UNKNOWN),<br><br>　　　　　Defendants. | JURY TRIAL DEMANDED<br><br>Cause No.<br><br>**1:09-cv-0918 WTL-DML** |

## COMPLAINT

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA").

### II. JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Declaratory relief is now available pursuant to 28 U.S.C. §§ 2201 and 2202. Venue in this District is proper in that the Defendants transact business here and the conduct complained of occurred here.

## III.
## PARTIES

3. Plaintiff, Mary R. Hazelwood, is a natural person residing in Indianapolis, Indiana.

4. Defendant GC Services Limited Partnership is a corporation engaged in the business of collecting debts in this state with its principal place of business located at 6330 Gulfton, Houston, TX 77081. The principal purpose of Defendant GC Services Limited Partnership is the collection of debts using the mails and telephone, and Defendant GC Services Limited Partnership regularly attempts to collect debts alleged to be due another.

5. Defendant Aaron Chase is a natural person employed by Defendant GC Services Limited Partnership as a collector at all times relevant to this complaint.

6. Defendant Chris (last name unknown) is a natural person employed by Defendant GC Services Limited Partnership as a collector at all times relevant to this complaint.

7. Defendants are "debt collectors" as defined by the FDCPA, 15 U.S.C. § 1962a(6).

## IV.
## FACTUAL ALLEGATIONS

8. On August 19, 2008, Aaron Chase, an employee of GC Services Limited Partnership, contacted Mary R. Hazelwood and in the course of trying to collect an alleged debt, threatened her with a criminal charge of fraud and falsely threatened to have her arrested.

9. That on September 26, 2008, David L. Byers, attorney for Mary R. Hazelwood, sent a letter to GC Services requesting them not to contact Mary R. Hazelwood, all pursuant to the FDCPA. However, despite this letter, GC Services again contacted Ms. Hazelwood and again threatened legal action against her.

10. That as a result of the Defendants' actions, Ms. Hazelwood suffered anxiety, stress and nausea.

## V.
## CLAIMS FOR RELIEF

11. Plaintiff repeats and incorporates by reference paragraphs one through ten above.

12. Defendants violated the FDCPA. Defendants' violations include, but are not limited to the following:

(a) The Defendants violated 15 U.S.C. § 1692e(2)(A), (5) and (10) by misrepresenting the imminence of legal action by Defendants.

(b) The Defendants violated 15 U.S.C. § 1692c by contacting the Plaintiff after the Plaintiff had requested the Defendants cease communication with the Plaintiff.

(c) The Defendants violated 15 U.S.C. § 1692d by harassing the Plaintiff.

(d) The Defendants violated 15 U.S.C. § 1692f by using unfair and unconscionable means to collect a debt.

13. Defendants' acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

14. As a result of the above violations of the state Act, the Defendants are liable to the Plaintiff for injunctive and declaratory relief and for actual damages, statutory damages, and attorney's fees and costs.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendants for the following:

A. Declaratory judgment that Defendants' conduct violated the FDCPA, and declaratory and injunctive relief for the Defendants' violations of the state Act;

B. Actual damages;

C. Statutory damages pursuant to 15 U.S.C. § 1692k;

D. Costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k;

E. For such other and further relief as may be just and proper.

Respectfully submitted,

HOLWAGER, BYERS AND CAUGHEY

David L. Byers, Attorney for Plaintiff

David L. Byers (Atty. ID: 3790-49)
HOLWAGER, BYERS AND CAUGHEY
1818 Main Street
Beech Grove, IN  46107
(317) 787-8395
(317) 787-1231 fax
dbyers@hbclegal.com